UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | 4:18-CR-00872-HEA-JMB |
| DEMON WARD, ET AL. | ) ) | |
| Defendant. | ) | |

**UNITED STATES OF AMERICA'S DISCLOSURE OF ADDITIONAL ARGUABLY-SUPPRESSIBLE EVIDENCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12(b)(4)**

COMES NOW the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Cassandra Wiemken, Assistant United States Attorney for said District, and makes the following disclosures pursuant to Federal Rule of Criminal Procedure 12(b)(4):

The United States intends to use additional evidence seized and statements made by the Defendant and/or others as a result of the arrests made in this case. The additional evidence is fully described in the discovery which has been provided to the attorney for the Defendant under separate cover. As supplemental information and evidence comes to the United States' attention, the United States will provide notice to the defense of its intention to use such additional evidence.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney


 /s/ Cassandra Wiemken
CASSANDRA WIEMKEN, #91586KY
Assistant United States Attorney
111 S. 10th Street, 20th Floor
St. Louis, Missouri   63102
(314) 539-2178
cassandra.wiemken@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

All Attorneys of Record for Defendant.


 /s/ Cassandra Wiemken
CASSANDRA WIEMKEN, #91586KY
Assistant United States Attorney